[No. 37866-0-I.   Division One.   March 3, 1997.]

HELMUTH H. PROCHASKA, ET AL., *Respondents*, v.
MIDWEST TITLE GUARANTEE COMPANY OF FLORIDA,
ET AL., *Appellants*.

The decision in the above captioned case which appeared in the advance sheets at 85 Wn. App. 256-67 has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated November 19, 1997, directing that the opinion be withdrawn and the appeal dismissed.